```
 1  Kevin L. Elder (SBN 148034)
    **MASON • THOMAS**
 2  Attorneys at Law
    919 Reserve Drive, Suite 118
 3  Roseville, CA 95678
    Telephone:  (916) 724-1697
 4  Facsimile:  (916) 724-1704

 5  Attorneys for Defendants
    GOLDEN TEE GOLFLAND, ROBERT KENNEY; KENNEY GRANDCHILDREN TRUST;
 6  GOLFLAND ENTERTAINMENT CENTERS, INC., RONALD D. PACKARD TRUST
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDEN TEE GOLFLAND, ROBERT KENNEY; KENNEY GRANDCHILDREN TRUST; GOLFLAND ENTERTAINMENT CENTERS, INC.; RONALD D. PACKARD TRUST, and DOES 1-50, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO:   C06-07269 JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

　　　The parties, by and through their respective counsel, hereby stipulate and agree to an extension of time for all defendants to file a responsive pleading to the aforementioned matter.

　　　Defendants will have a responsive pleading on file with the court no later than January 30, 2007.

　　　DATED:   __January 18_, 2007

**LAW OFFICES OF PAUL L. REIN**


By___/s/ Paul L. Rein_____
　　Paul L. Rein, Esq.
　　Attorney for Plaintiff
　　Cheryl Smith

---

1
STIPULATION AND [PROPOSED] ORDER GRANTING
DEFENDANTS AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED:  January 22  , 2007

**MASON & THOMAS**

By    /s/ Kevin L. Elder
Kevin L. Elder
Attorney for Defendants
Golden Tee Golfland,
Robert Kenney; Kenney Grandchildren Trust; Golfland Entertainment Centers, Inc.

[PROPOSED] **ORDER**

As stipulated and agreed by the parties, the Court finds good cause to grant the extension of time to file a responsive pleading. Defendants' response to plaintiff's complaint is now due on January 30, 2007.

IT IS SO ORDERED.

Dated: _January 22_____, 2007

U.S. M_____ C. Spero

*Judge Joseph C. Spero*

1  Smith v. Golden Tee Golfland, et al.
2  United States District Court Northern District of California Case No. C06-07269 JCS

3  **(PROOF OF SERVICE - C.C.P. §§ 1012.5, 1013a, 2015.5
   AND California Rules of Court, Rule 2.306)**
4

5  I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action; I am an employee of Mason & Thomas and my business address is 919 Reserve Drive, Suite 118, Roseville, CA  95678.
6

7  On January 22, 2007, I served the within **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** on the parties in said action addressed as follows:
8

Counsel for Plaintiff
9

10  Paul L. Rein, Esq.
    Law Offices of Paul L. Rein
    200 Lakeside Drive, Suite A
11  Oakland, CA  94612

12  Ross M. Meltzer, Esq.
    Law Offices of Ross M. Meltzer
13  24301 Southland Drive, #613
    Hayward, CA  94545
14

15  ___  **[By Facsimile Machine (FAX)] On (date), at (time), by use of facsimile machine telephone number (916) 724-1704, I served a true copy of the aforementioned document(s) on the parties in said**
16  **action by transmitting by facsimile machine to the numbers as set forth above.  The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported**
17  **by the machine. Pursuant to California Rules of Court, Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.**
18

_X_  **[By Mail] I am familiar with my employer's practice for the collection and processing of**
19  **correspondence for mailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business.**
20  **On the date set forth above, I served the aforementioned document(s) on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid,**
21  **for collection and mailing on this date, following ordinary business practices, at Roseville, California addressed as set forth above.**
22

____ **[By Personal Service] By personally delivering a true copy thereof to the office of the addressee**
23  **above.**

24  ____ **[By Overnight Courier] By causing a true copy and/or original thereof to be personally delivered via the following overnight courier service:**
25  _____

26  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
27

Dated:  January 22, 2007              _/s/ Diane D. Williams_____
28                                     Diane D. Williams

---
3
Proof of Service