| | |
|---|---|
| 1 | PAUL L. REIN, Esq. (SBN 43053) |
| 2 | JULIE A. OSTIL, Esq. (SBN 215202)<br>LAW OFFICES OF PAUL L. REIN |
| 3 | 200 Lakeside Dr., Suite A<br>Oakland, CA 94612 |
| 4 | (510) 832-5001 |
| 5 | Attorney for Plaintiff:<br>CHERYL SMITH |
| 6 | KEVIN L. ELDER, Esq. (SBN 148034) |
| 7 | MASON • THOMAS<br>Attorneys at Law |
| 8 | 919 Reserve Drive, Suite 118<br>Roseville, CA 95678 |
| 9 | (916) 724-1697 |
| 10 | Attorney for Defendants:<br>GOLDEN TEE GOLFLAND; ROBERT |
| 11 | KENNEY; KENNEY GRANDCHILDREN<br>TRUST; GOLFLAND ENTERTAINMENT |
| 12 | CENTERS, INC.; RONALD D. PACKARD<br>TRUST |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SMITH, | CASE NO. C06-7269 JCS |
| | <u>Civil Rights</u> |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS RONALD D. PACKARD TRUST** |
| GOLDEN TEE GOLFLAND; ROBERT KENNEY; KENNEY GRANDCHILDREN TRUST; GOLFLAND ENTERTAINMENT CENTERS, INC.; RONALD D. PACKARD TRUST; and DOES 1-50, Inclusive, | |
| Defendants. | |
| _____/ | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and through their respective attorneys of record, plaintiff CHERYL SMITH, defendants GOLDEN TEE GOLFLAND; ROBERT KENNEY; KENNEY GRANDCHILDREN TRUST; GOLFLAND

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

ENTERTAINMENT CENTERS, INC.; and RONALD D. PACKARD TRUST. hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant RONALD D. PACKARD TRUST <u>only</u>.

Dated: February 13, 2008         PAUL L. REIN
                                 JULIE A. OSTIL
                                 LAW OFFICES OF PAUL L. REIN


                                 /s/ Julie Ostil_____
                                 Attorneys for Plaintiff
                                 CHERYL SMITH


Dated: February 12, 2008         KEVIN ELDER
                                 MASON THOMAS, ATTORNEYS AT LAW


                                 /s/ Kevin Elder_____
                                 Attorneys for Defendants
                                 GOLDEN TEE GOLFLAND; ROBERT
                                 KENNEY; KENNEY GRANDCHILDREN
                                 TRUST; GOLFLAND ENTERTAINMENT
                                 CENTERS, INC.; RONALD D. PACKARD
                                 TRUST

## **ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: Feb. 14, 2008

_____
HON. JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

**Stipulation to Dismiss Ronald D. Packard Trust:**
**Case No. C06-7269 JCS**

– 2 –

s:\jo\cases\g\golfland\pleadings\stip to dismiss packard trust.doc

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001